In the Matter of the Accounting of AGNES RAMPE, as Administratrix of the Estate of MARY O'CONNOR, Deceased, Respondent. ALLEYNE M. RUNYON et al., Appellants.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of RAPHAEL S. SPANO, Respondent, against HAROLD S. CLOSE et al., Constituting the Common Council of the City of Middletown, Appellants.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

In the Matter of JAMES B. STILSON, Appellant. T. DARRINGTON SEMPLE et al., Constituting the Town Board of the Town of North Castle, Respondents.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

MAX KUTNER, Appellant, v. IRVING WEINER, Defendant, and JULIUS NELSON CORPORATION, Defendant-Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

SIGMUND POLLACK, Appellant, v. JAMES T. ASPBURY et al., as Executors and Trustees of DANIEL J. GLEASON, Deceased, et al., Respondents.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL GUTTIN, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.